# EUSTACE, PREZIOSO & YAPCHANYK
## ATTORNEYS AT LAW

55 Water Street • 28th Floor
New York, NY 10041
TEL (212) 612-4200
FAX (212) 612-4284

EDWARD M. EUSTACE
RICHARD C. PREZIOSO
CHRISTOPHER M. YAPCHANYK
LAUREN S. YANG

PAUL A. TUMBLESON
REGINE DELY-LAZARD
MAUREEN E. PEKNIC
ANTHONY J. TOMARI
THOMAS B. FERRIS
TERENCE H. DeMARZO
ROBERT M. MAZZEI
ROBERT M. MICHELL
MILES A. LINEFSKY
DANIEL P. ROCCO

MICHAEL S. MUNGER
HILLARY A. FRAENKEL
BHAVLEEN K. SABHARWAL
PETER T. MENSCHING
JUSTIN V. BUSCHER
VACH VIVACHARAWONGSE
CLAUDE E. LAROCHE
THOMAS J. HENNESSEY

OF COUNSEL
ALAN J. HARRIS
BRENDAN HENNESSY
JONATHAN E. HILL
MICHELLE GRAMLICH
MITCHELL A. GREENE

Not a Partnership or Professional Corporation
Employees of ACE American Insurance Company, a Chubb Company

**Request denied. The pre-settlement conference will not be a substantive discussion but rather one focusing on advance planning and procedures. My Deputy Clerk will coordinate with the parties to set a date for the actual settlement conference that is after the referenced deposition.**

May 27, 2021

SO ORDERED:
5/28/2021
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Hon. Robert W. Lehrburger
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   LORENZO v. MTA-Metro-North Railroad
      United States District Court, Southern District of New York
      Civil Action Case No. 20-cv-05133

Dear Judge Lehrburger:

I hope this letter finds you well. I write on behalf of all parties to the above matter to respectfully request an adjournment of the pre-settlement conference recently scheduled to take place June 9, 2021. The parties have recently scheduled the deposition of third-party defendant 335 MADISON AVENUE LLC to take place on June 29, 2021, and we believe it would benefit all parties and the settlement proceedings to have that testimony on the record prior to attempting to resolve this matter.

Should you have any questions, please do not hesitate to contact me at your earliest convenience. Thank you for your attention to this matter.

Respectfully submitted,
EUSTACE, PREZIOSO & YAPCHANYK

Miles A. Linefsky

MAL:mal
cc:   Steven L. Barkan, P.C.
      Alan Muraidekh, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2021